


BROOKLYN OFFICE

**U.S. Department of Justice**

Antitrust Division

Liberty Square Building
450 Fifth Street NW
Washington, DC 20530

February 7, 2011

*Via ECF*
Honorable Nicholas G. Garaufis
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Ramon E. Reyes, Jr.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States, et al. v. American Express Company, et al.*, Case No. 10-cv-04496-NGG-RER;

             *Rite Aid Corp., et al. v. American Express Travel Related Services Company, Inc., et al.*, Lead Case No. 08-cv-2315-NGG-RER

Dear Judge Garaufis and Judge Reyes:

      The parties to *United States, et al. v. American Express Company, et. al*, Case No. 10-cv-04496-NGG-RER (the "Government Action") and *Rite Aid Corp., et. al. v. American Express Travel Related Services Company, Inc., et al.*, Lead Case No. 08-cv-2315-NGG-RER (the "Individual Merchant Actions") jointly submit this status report on scheduling and coordination.

      At the Status Conference on December 9, 2010, the Court ordered the parties in the Government Action and the Individual Merchant Actions to report in 60 days on proposed schedules and on any recommendations on coordination. The parties have been engaged in negotiations on these topics which are still under way. There are some significant areas of disagreement that remain. The parties would like to continue these discussions in the hope of reaching final agreement where possible, and to narrow the issues of disagreement that will

require judicial attention.

Additionally, the parties would like to report that the Judicial Panel on Multidistrict Litigation held a hearing on January 27, 2011, on Plymouth Oil's motion to transfer and centralize various private cases against American Express before this Court as MDL 2221. The Panel has not yet issued its ruling, but the parties expect an order to be issued soon. In anticipation of a possible MDL before this Court, the parties' negotiations have included counsel from the putative class actions filed by merchants against American Express in the Southern District of New York, *In re American Express Anti-Steering Rules Antitrust Litigation*, Cases No. 06-cv-2974, 10-cv-5200, 10-cv-5369, and 10-cv-0790.

The parties respectfully and jointly propose that on Tuesday, February 15, 2011, the parties will file either (1) a joint agreed submission on scheduling and coordination, or (2) separate letter briefs, no longer than 8 pages for the plaintiffs collectively, on the one hand, and American Express, on the other hand, stating each party's position on disputed issues for the Court's consideration. The parties will be prepared to appear for a hearing to discuss these issues at any date thereafter convenient for the Court.

Respectfully submitted,

/s_____
Craig W. Conrath
Mark H. Hamer
Counsel for the United States
United States Department of Justice
Antitrust Division - Litigation III
450 Fifth Street NW Suite 4000
Washington, DC 20530

/s_____
Donald L. Flexner
Philip C. Korologos
Counsel for the American Express Defendants
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022

/s_____
Richard Alan Arnold
William J. Blechman
Lead Counsel for Individual Merchant Plaintiffs
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

/s_____
Evan R. Chesler
Kevin J. Orsini
Counsel for the American Express Defendants
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Application granted.
So ordered.
2/8/11

2

/s_____
Patrick E. O'Shaughnessy
Lead Counsel for Plaintiff States
Office of the Ohio Attorney General
Antitrust Section
150 E. Gay Street, 23rd Floor
Columbus, OH 43215

cc: *Via ECF* to All Counsel

cc: *Via Electronic Mail* to

Gary Friedman
Lead Counsel for Plaintiffs
*In re American Express Anti-Steering Rules Antitrust Litigation*
(SDNY Lead Case No. No. 06-cv-2974)
Friedman Law Group LLP
270 Lafayette St, 14th Floor
New York, NY 10012
gfriedman@flgllp.com