# EXHIBIT
# B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITE-AID CORP., et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., et al.<br><br>Defendants. | Consolidated Case<br>Civil Action No. 08-cv-2315 (NEG) (RER) |
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>AMERICAN EXPRESS COMPANY, et al.<br><br>Defendants. | Civil Action No. 10-cv-4496 (NEG) (RER) |
| IN RE AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION | Civil Action No. 06-cv-2974 (NEG) (RER) |



FIREFLY AIR SOLUTIONS, LLC D/B/A 128 CAFE, on behalf of itself and all others similarly situated,

Plaintiff,

-against-

AMERICAN EXPRESS COMPANY, et al.

Defendants.

Civil Action No. 10-cv-5200 (NEG) (RER)

PLYMOUTH OIL CORP., D/B/A LIBERTY GAS STATION, on behalf of itself and all others similarly situated,

Plaintiff,

-against-

AMERICAN EXPRESS COMPANY, et al.

Defendants.

Civil Action No. 10-cv-5369 (NEG) (RER)

**[PROPOSED] SCHEDULING ORDER**

The parties have agreed to the following schedule:

1. The last day for the amendment of the pleadings or the addition of parties to these actions is February 28, 2011;

2. Initial disclosures shall be exchanged on March 31, 2011;

3. All parties must substantially complete their document productions by December 31, 2011.

4. All fact discovery shall be completed by May 17, 2013;

5. The parties shall serve expert reports on the subjects on which they bear the burden of proof at trial by June 14, 2013;

6. The parties shall serve any rebuttal expert reports by August 30, 2013;

7. Any sur-rebuttal reports shall be served by October 18, 2013;

8. All depositions of expert witnesses shall take place between October 23, 2013 and December 20, 2013;

9. All expert discovery shall be completed by December 20, 2013;

10. Any dispositive motions shall be filed by the parties by January 17, 2014; any opposition briefs shall be due by February 14, 2014; any reply briefs shall be due by February 28, 2014.

11. Motions for class certification shall be filed and briefed on the same schedule as dispositive motions after the completion of all discovery.

12. The Court shall set a deadline for a joint pre-trial order and a date for a final pre-trial conference after taking into account the parties' dispositive and class certification motions.

13. The deadlines set forth herein may be extend upon a showing of good cause.

Dated: February __, 2011

SO ORDERED:

______________________________

HONORABLE RAMON E. REYES JR.
UNITED STATES MAGISTRATE JUDGE