

## KENNY
## NACHWALTER

Direct Line
(305) 381-7472
E-Mail
wblechman@kennynachwalter.com

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

February 16, 2011

***Via ECF***

Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1416 S
Brooklyn, N.Y.  11201

Hon. Magistrate Ramon E. Reyes, Jr.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East, Room N208
Brooklyn, N.Y.  11201

Re:   ***In re: American Express Anti-Steering Rules Antitrust Litig. (No. II)***

Dear Judge Garaufis and Judge Reyes:

With apologies, our letter to the Court yesterday was not properly addressed.

Additionally, a "+" sign and some numbers were inadvertently dropped from the final version of the letter on page 3, paragraph 5, lines 1-4.  The passage currently reads:

"*plus* another 30 (now 80) depositions or 665 deposition hours (including 7- and 14-hour depositions).  In the interest of coordination with Amex and the Class, we previously agreed to 30 depositions of the original 5 IPs, plus another 5 depositions for each new IP case filed,"

The passage, with the edits underlined, should read:

"+ another 30 (now 80) depositions (or 665 deposition hours including 7- and 14-hr depositions) = 965 hr.  In the interest of coordination with Amex and the Class, we previously agreed to 30 depositions of the original 5 IPs, plus another 5 depositions for each new IP case filed (or 50 dep) = 80 dep (665 hr),"

TENNESSEE OFFICE
215 WEST BROADWAY STREET, SUITE D
ROGERSVILLE, TENNESSEE 37857-3280
TELEPHONE 423.272.5300
FACSIMILE 423.272.4961

TEXAS OFFICE
ONE CONGRESS PLAZA
111 CONGRESS AVENUE, SUITE 1060
AUSTIN, TEXAS 78701
TELEPHONE 512.480.8023
FACSIMILE 512.480.8037

WASHINGTON SATELLITE OFFICE
1201 PENNSYLVANIA AVENUE, N.W., SUITE 300
WASHINGTON, D.C. 20004-2436
TELEPHONE 202.661.4604
FACSIMILE 202.661.4699

**February 16, 2011** _____ **Page 2**

        We have corrected these oversights in the attached letter (Exhibit A) which bears yesterday's date and (CORRECTED) to the right of the date on page 1.  Please substitute the attached letter for the one filed yesterday.

                                        Respectfully submitted,

                                        William J. Blechman
                                        For the Individual Plaintiffs

WJB:mb

cc:     Counsel of Record (via ECF)

Enclosures


401464.1

KENNY NACHWALTER, P.A.