UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
IN RE: AMERICAN EXPRESS ANTI-STEERING                          :
RULES ANTITRUST LITIGATION                                     :      11-MD-02221 (NGG) (RER)
                                                               :
This Document Relates to:                                      :
                                                               :
CONSOLIDATED CLASS ACTION                                      :
                                                               :
-------------------------------------------------------------- x

## APPEARANCE OF COUNSEL

To:   Clerk Of Court And All Parties Of Record

I hereby enter my appearance as counsel in this case on behalf of all plaintiffs in the consolidated class action.

Date:  New York, New York
       March 3, 2011

**FRIEDMAN LAW GROUP LLP**

/s/ Tracey Kitzman
Tracey Kitzman (TK 5869)
270 Lafayette, 14th Floor
New York, New York 10012
Tel:   (212) 680-5150
Fax:   (646) 277-1151
tkitzman@flgllp.com