**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------X

IN RE: AMERICAN EXPRESS
ANTI-STEERING RULES ANTITRUST                    11-MD-02221 (NGG) (RER)
LITIGATION

This Document Relates to: ALL CASES

----------------------------------------------------X

## ORDER MODIFYING MARCH 3, 2011 ORDER
## ESTABLISHING SCOPE OF DISCOVERY BY CLASS PLAINTIFFS

The partial stay of proceedings imposed by paragraph 1 of the Court's March 3, 2011

Order Establishing Scope of Discovery By Class Plaintiffs ("March 3rd Order") is hereby

**LIFTED**.  All other provisions of the March 3rd Order remain in effect.  The deadline for Class

Plaintiffs to file their motion for class certification will be addressed separately after fact and

class discovery has proceeded further.


Dated: March 17, 2011
       Brooklyn, New York


*Ramon E. Reyes, Jr*
**Ramon E. Reyes, Jr.**
**United States Magistrate Judge**