UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION | : : : : 11-MD-2221 (NGG)(RER) : |
| This document relates to: No. 08-2315<br>                              No. 08-2380 | : : : [Filed Electronically] : |

**TO THE CLERK OF THIS COURT:**

Kindly enter the appearance of the undersigned as counsel in this action for Plaintiffs Rite Aid Corporation, Rite Aid HDQTRS, Corp., and BI-LO, LLC.

   /s/
   Jason L. Reimer (*pro hac vice*)
   jreimer@hangley.com
   HANGLEY ARONCHICK SEGAL & PUDLIN
   30 North Third Street, Suite 700
   Harrisburg, PA 17101
   (717) 364-1030
   (717) 364-1020 facsimile

Dated: March 25, 2011

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2011, I caused the foregoing Entry of Appearance to be filed with the Clerk of the Court and to be served upon all counsel of record in this action using the United States District Court for the Eastern District of New York Electronic Case Filing ("ECF") System.

      The document is available for viewing and downloading from the ECF System.

      */s/*
      Jason L. Reimer